**Motion Granted and Abatement Order filed September 29, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00629-CR
_____

## EX PARTE WILLIAM SOLOMON LEWIS

**On Appeal from County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 2059197**

## ABATEMENT ORDER

Appellant was represented by appointed counsel in the trial court but is not represented by counsel on appeal. In a motion to supplement the record filed September 9, 2016, appellant stated that he has requested appointment of counsel in the trial court. This court is unaware whether appellant is entitled to appointment of counsel and to proceed without the payment of costs. Accordingly, we **GRANT** the motion to the extent it asks this court to abate the case for the possible appointment of counsel and enter the following order.

We **ORDER** the judge of County Criminal Court at Law No. 2 to immediately conduct a hearing at which appellant and counsel for the State shall be present to

determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to appointed counsel and a free record. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court by **October 31, 2016**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

2